RICHARD K. GUSTAFSON II, Bar #193914
LEGAL HELPERS, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60657
866-339-1156
rkg@legalhelpers.com
*Attorney for Plaintiff Katelyn Uch*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Katelyn Uch | Case No.: 2:08-cv-08266-JFW-AGR |
| Plaintiff, | |
| v. | |
| CollectCorp Corporation | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

                RESPECTFULLY SUBMITTED,

                LEGAL HELPERS, P.C.

                By: */s/ Richard K. Gustafson*
                    Richard K. Gustafson II (Bar # 193914)
                    233 S. Wacker Drive, Suite 5150
                    Chicago, IL 60606
                    Tel:  866-339-1156
                    Fax: 312-822-1064
                    Email:  rkg@legalhelpers.com
                    *Attorney for Plaintiff Katelyn Uch*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Brian H. Eldridge
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker, Suite 5500
Chicago, Illinois 60606
*Attorney for Defendant*

*/s/ Richard J. Meier*