RICHARD K. GUSTAFSON II, Bar #193914
LEGAL HELPERS, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60657
866-339-1156
rkg@legalhelpers.com
*Attorney for Plaintiff Katelyn Uch*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Katelyn Uch | Case No.: 2:08-cv-08266-JFW-AGR |
| Plaintiff, | |
| v. | |
| CollectCorp Corporation | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Richard K. Gustafson*
    Richard K. Gustafson II (Bar # 193914)
    233 S. Wacker Dr., Suite 5150
    Chicago, IL 60606
    Tel: 866-339-1156
    Fax: 312-822-1064
    Email: rkg@legalhelpers.com
    *Attorney for Plaintiff Katelyn Uch*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 19, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Brian H. Eldridge
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker, Suite 5500
Chicago, Illinois 60606
*Attorney for Defendant*

/s/ Richard J. Meier

2